# UNITED STATES DISTRICT COURT

RECEIVED
IN LAKE CHARLES, LA

OCT 25 2005

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

## WESTERN DISTRICT OF LOUISIANA

## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CINDY LA JAN PATTON | : | DOCKET NO. 05 CV 0213 |
| VS. | : | JUDGE MINALDI |
| GONZALES, ET AL | : | MAGISTRATE JUDGE WILSON |

### JUDGMENT

In accordance with the Memorandum Ruling, for the reasons set forth therein,

IT IS ORDERED, ADJUDGED, and DECREED, that the the defendants' Rule 12(b)(1) Motion to Dismiss [doc. #11] be GRANTED and the entirety of the plaintiffs claim against the defendants be DISMISSED.

Lake Charles, Louisiana, this 24 day of ~~September~~ Oct, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT COURT